IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY OLAGUE, JACQUELINE OLAGUE, STEPHANIE TORRES, BRENDA OLAGUE, and ARTHUR OLAGUE, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:21-CV-071-C |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of **DANIEL P. STRUCK**.

IT IS ORDERED that

**X**    the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further **ORDERED** that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. *See* LR 5.1(f) and LCrR 49.2(g).

☐    the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

Dated February 8, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE