IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY OLAGUE, JACQUELINE OLAGUE, STEPHANIE TORRES, BRENDA OLAGUE, and ARTHUR OLAGUE, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CORECIVIC, INC., | ) ) ) | |
| Defendant. | ) | Civil Action No. 6:21-CV-071-C |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of **KRISTINA R. ROOD**.

IT IS ORDERED that

X    the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further **ORDERED** that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. *See* LR 5.1(f) and LCrR 49.2(g).

☐    the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

Dated February ___8___, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE